IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY SMITH,

      Petitioner,

  v.

BEN CURRY, Warden,

      Respondent.
                                      /

No. C 09-00097 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also filed an *in forma pauperis* application.

    On February 5, 2009, the Court denied Petitioner's *in forma pauperis* application and directed him to pay the $5.00 filing fee within thirty days or his action would be dismissed. More than thirty days have passed and Petitioner has not paid the filing fee or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 3/25/09

                                      */s/ Claudia Wilken*
                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARY SMITH,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
_____/

Case Number: CV09-00097 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Smith D-39109
Correctional Training Facility - Soledad
P.O. Box 705
Soledad, CA 93960

Dated: March 25, 2009

                      Richard W. Wieking, Clerk
                      By: Sheilah Cahill, Deputy Clerk