IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY SMITH,

        Petitioner,

   v.

BEN CURRY, Warden,

        Respondent.
                                /

No. C 09-00097 CW (PR)

ORDER REQUESTING SUPPLEMENTAL BRIEFING

    A recent en banc decision from the Ninth Circuit, <u>Hayward v. Marshall</u>, No. 06-55392, 2010 WL 1664977 (9th Cir. Apr. 22, 2010) (en banc), addressed important issues relating to federal habeas review of Board of Parole Hearings (BPH) decisions denying parole to California state prisoners.  Therefore, the Court will provide each party an opportunity to submit a supplemental brief (not to exceed <u>ten (10) pages</u> in length) explaining his views of how the <u>Hayward</u> en banc decision applies to the facts presented in Petitioner's challenge to BPH's decision denying him parole.

    The Court sets the following schedule:

    1.   No later than <u>ten (10) days</u> from the date of this Order, Respondent must send to Petitioner a copy of the <u>Hayward</u> en banc decision.

1     2.   No later than <u>thirty (30) days</u> from the date of this Order, Respondent must file and serve any supplemental brief applying <u>Hayward</u> to the facts presented in Petitioner's case.

    3.   No later than <u>thirty (30) days</u> after the date Respondent's supplemental brief is filed, Petitioner must file and serve any supplemental brief applying <u>Hayward</u> to the facts presented in his case.

    IT IS SO ORDERED.

Dated: 5/21/2010



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARY SMITH,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
                                   /

Case Number: CV09-00097 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Smith D-39109
1-246 Up
CSP- Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: May 21, 2010

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk