UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SMITH, | No. C 09-00097 CW (PR) |
|     Petitioner, | JUDGMENT |
|   v. | |
| BEN CURRY, Warden, | |
|     Respondent. / | |

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: 1/24/2011

                            CLAUDIA WILKEN
                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SMITH, | Case Number: CV09-00097 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BEN CURRY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Smith D-39109
1-246 Up
CSP- Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: January 24, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2